UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 07-CV-335-KSF

KENNETH HICKS                                                                                          PLAINTIFF

VS:                                                  **JUDGMENT**

STEPHEN M. DEWALT, ET AL.                                                                  DEFENDANTS

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES**:

(1)   Judgment **IS ENTERED** in favor of (a) FMC Warden Stephen M. Dewalt; (b) Clinical Director Dr. Michael Growse; (c) Health Care Unit Manager Kenneth Coleman; (d) Primary Care Physician Dr. Holbrook; (e) Associate Warden Gregory T. Kapusta; (f) Associate Warden Edward Johnson; and (g) BOP Regional Director K. M. White;

(2)   this matter **IS DISMISSED WITH PREJUDICE**;

(3)   this Judgment **IS FINAL** and appealable, and no just cause for delay exists;

(4)   the Court **CERTIFIES** that any appeal would not be taken in good faith; and

(5)   this matter **IS STRICKEN** from the active docket.

This 24th day of July, 2008.



Signed By:

*Karl S. Forester* KSF

**United States Senior Judge**